**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   JERMAINE SWABBY (J)                    CASE NO:   00-4207-SNOW

AUSA:   SCOTT BEHNKE - DUTY                    ATTY:

AGENT:  CUSTOMS                                VIOL:   IMPORTATION COCAINE

PROCEEDING:   I/A ON COMPLAINT                 RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes / no                   COUNSEL APPOINTED:

BOND SET @:                                    To be cosigned by:

❏   Do not violate any law.

❏   Appear in court as directed.

❏   Surrender and / or do not obtain passports / travel
     documents.

❏   Rpt to PTS as directed / or _____ x's a week/month
     by phone: _____ x's a week/month in person.

❏   Random urine testing by Pretrial Services. _____
     Treatment as deemed necessary.

❏   Maintain or seek full - time employment.

❏   No contact with victims / witnesses.

❏   No firearms.

❏   Curfew: _____.

❏   Travel extended to: _____.

❏   Halfway House _____.

*Deft advised of charges)*

*Will retain counsel*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-25 | 11 | LSS | |
| PTD/BOND HEARING: | 8-29 | 10 9:30 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-8 | 11 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE:   8/24/00      TIME:   2:00 P.M.      FTL/LSS TAPE # 00 -   046      Begin: 626      End: