```
              UNITED STATES DISTRICT COURT
              Southern District of Florida
                                    U.S. Marshal # 55441-004
UNITED STATES OF AMERICA       )
                Plaintiff      )    Case Number: CR  00-4207-S NOW
                               )    REPORT COMMENCING CRIMINAL
        -vs-                   )            ACTION
                               )
JERMAINE ATLONE SWABY          )
              Defendant
*******************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)
```

FILED by AN __ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __8-24-00__ am/pm

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: __ATTEMPT TO IMPORT COCAINE__

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: __1-10-76__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: __8-24-00__  (9) Arresting Officer: _____
(10) Agency: __U.S. CUSTOMS__  (11) Phone: _____
(12) Comments: _____