# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JERMAINE SWABBY (J)　　　　CASE NO: 00-4207-SNOW
AUSA: SCOTT BEHNKE　　　　　　　　ATTY: Junior Farquharson
AGENT: _____ VIOL: _____
PROCEEDING: INQUIRY RE COUNSEL　　RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no　　　COUNSEL APPOINTED: _____
BOND SET @: 200,000 CSB  To be cosigned by: _____
w/ Nebbin

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Junior Farquharson will be entering permanent appearance

Gov't reserve the right to request PTD should deft seek to post or reduce the bond.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8/29 | 9:00 | LSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE 8/25/00　　TIME: 11:00　　FTL/LSS TAPE # 00 - 046　　Begin 12:44　　End 1:410