DEFT: Jermaine Swaby (J)#   CASE NO: 00-6264-CR-Dimitrouleas
AUSA: Scott Behnke   ATTNY: Junior Farquharson
AGENT:   VIOL: (perm)
PROCEEDING: Arraignment   BOND REC:
BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
SEP 8 200_
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order **requested**

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 9-25-00   11:00am   Seltzer
DATE: 9-8-00   TIME: 11:00am   TAPE # 00-072   PG #

727-732
Recalled 905-940