

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6264-CR-Dimitrouleas

UNITED STATES OF AMERICA

    vs
Jermaine Swaby

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   9-8-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: In Custody
_____

Telephone: _____

DEFENSE COUNSEL:  Name: Junior Farquharson
_____

Address: _____

_____

Telephone: _____

BOND SET/CONTINUED:   $ Cont'd in custody
_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __8__ day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-072

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

