**DEFT:** Jermaine Swaby (no deft needed)  **CASE NO:** 00-6264-CR-Dimitrouleas
**AUSA:** Scott Behnke /Thompson  **ATTNY:** Junior Farquharson — present
**AGENT:**  **VIOL:**
**PROCEEDING:** Status Conference  **BOND REC:**
**BOND HEARING HELD** - yes/no  **COUNSEL APPOINTED:**
___ BOND SET @
**CO-SIGNATURES:**
**SPECIAL CONDITIONS:**

SEP 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions
3-4 days
possible plea
no tapes

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**
**STATUS CONFERENCE:**
**DATE:** 9-25-00  **TIME:** 11:00m  **TAPE #** 00-072  **PG #** 3

2001-2020

14/89