UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6264-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

JERMAINE SWABY,
         Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 25, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require three to four days to try. A plea disposition, however, is possible.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response; the materials were mailed only very recently. Defense counsel further stated that a plea disposition remains a possibility.

DATED at Fort Lauderdale, Florida this 25th day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Scott Behnke, Esquire
Assistant United States Attorney

Junior Farquharson, Esquire
5546 West Oakland Boulevard, Suite 220
Lauderhill, Florida 33313
Attorney for Defendant