UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6264-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA :
                         :
vs.                      :
                         :
JERMAINE SWABY,          :
_____/

### DEFENDANT'S MOTION FOR CONTINUANCE

The Defendant. **JERMAINE SWABY**. by and through the undersigned counsel moves this court for a continuance and state as follows:

1. That the Defendant and the Government are currently involved in plea negotiations.

2. Counsel for the Defendant requires additional time to discuss the Government's offer with the Defendant.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant the Motion For Continuance.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been faxed/mailed to Scott H. Behnke. Assistant U.S. Attorney, 500 East Broward Boulevard, Suite #700, Fort Lauderdale. Florida 33394 on this 3rd day of October, 2000.

JUNIOR FARQUHARSON, ESQUIRE
5546 West Oakland Park Boulevard
Suite #220
Lauderhill, Florida 33313
Telephone:  (954) 717-2515
Facsimile:  (954) 731-7172
FL Bar No.: 0134600

