UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6264-CR-DIMITROULEAS

Plaintiff,

vs.

JERMAINE SWABY,

Defendant.

_____/

FILED by _____ D.C.

OCT 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's Motion For Continuance of

Trial Date [DE-16], and the Court noting that no proposed order, as required by Local Rule

7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Junior Farquharson, Esquire
5546 West Oakland Park Boulevard, Suite #220
Lauderhill, FL 33313

Scott Behnke, AUSA

