## CRIMINAL MINUTES

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6264-Cr-WPD     DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Jermaine G/tone Sunluf

U.S. ATTORNEY: Jeff Kaplan for Scott Behnke     DEFT. COUNSEL: Junior Forguharson

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's Motion to Continue is granted. Court resets trial and finds the time from today until trial deemed excludable under speedy trial.

JUDGMENT: _____

CASE CONTINUED TO: 11/3/00     TIME: 9:00     FOR: Cal Call
MISC: 11/6/00     9:00     trial period

18/19