UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6264-Cr-DIMITROULEAS(S)**
21 U.S.C. §963
21 U.S.C. §952(a)
18 U.S.C. §2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE ALTONE SWABY

    Defendant.



### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 23, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**JERMAINE ALTONE SWABY,**

knowingly and intentionally combined, conspired, confederated and agreed with with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly and intentionally import into the United States from a place outside thereof a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, and in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 952(a); all in violation of Title 21, United States Code, Section 963.



### COUNT II

On or about August 23, 2000 at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**JERMAINE ALTONE SWABY**,

did knowingly and intentionally attempt to import into the United States from a place outside thereof a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, and in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, and Title 18, United States Code, Section 2.

### Forfeiture of Property

1. The allegations of Counts I and II of this Indictment are re-alleged and incorporated by reference.

2. Upon conviction of violating Title 21, United States Code, Section 963 as alleged in Counts I and II of this Indictment, the defendant,

**JERMAINE ALTONE SWABY,**

shall forfeit to the United States his interest in any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations, all in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

3. Such forfeitures shall include, but are not limited to the following:

   (1) Approximately $3,126 in U.S. currency;

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred, or sold to, or deposited with a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above described forfeitable property.

A TRUE BILL

_Leonard [signature]_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

- 3 -

**BOND RECOMMENDATION SHEET**

JERMAINE ALTONE SWABY
Defendant

$ Maintain on PTD.

*(signature)*

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Bar No. A5500005
Telephone: (954) 356-7306(x3518)
Facsimile : (954) 356-7228

Address of Defendant:   FDC, Miami, FL

Agent:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.     **CERTIFICATE OF TRIAL ATTORNEY***

JERMAINE ALTONE SWABY

_____

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL     ___ WPB ___ FTP

**Superseding Case Information**
New Defendant(s)    Yes ___   No _X_
Number of New Defendants   _X_
Total number of counts   _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_____
List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
(Check only one)                 (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | | ___ |
| II | 6 to 10 days | ___ | Minor | | ___ |
| III | 11 to 20 days | ___ | Misdem. | | ___ |
| IV | 21 to 60 days | ___ | Felony | | _X_ |
| V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __Yes_____
If yes:
Magistrate Case No. __00-4207-Snow_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500005

*Penalty Sheet(s) attached                                                                          REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendant's Name: ___JERMAINE ALTONE SWABY___   No.: _____

**Count #:1**

Conspiracy to Import 500 grams or more of cocaine in violation of 21 U.S.C. §963

Penalty: Mandatory minimum of five (5) years and maximum of up to 40 years' imprisonment and fine of up to $2,000,000.

**Count #: 2**

Attempted importation of 500 grams or more of cocaine in violation of 21 U.S.C. §963

Penalty: Mandatory minimum of five (5) years and maximum of up to 40 years' imprisonment and fine of up to $2,000,000.

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96