# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED NOV 0 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6264-CR-WPD     DATE: November 3, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     vs. Jermaine Altine Suaby

U.S. ATTORNEY: Scott Behnke     DEFT. COUNSEL: Junior Ferguson

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Gvt filed a Superceding Indictment. Case to be Resolved By way of plea.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

