**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.

NOV 0 3 2000

CLARENCE _____
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: _00- 6264-CR-WPD_  DATE: _November 3, 2000_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Jermaine Altine Surey_

U.S. ATTORNEY _Matt Behnke_    DEFT. COUNSEL: _Junior Farguharson_

REASON FOR HEARING: _Change of plea_

RESULT OF HEARING: _Deft sworn & questioned by_
_the Court. Deft to Enter Guilty plea to_
_Count 1. Gov't agrees to dismiss Count 2_
_at time of Sentencing._

_Court accepts guilty plea._

CASE CONTINUED TO: _1/12/01_    TIME: _2:00_    FOR: _Sentencing_

MISC: _written plea agreement filed._