## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED ___ D.C.
JAN 1 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6264-CR-WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Germaine Altnel Swaby

U.S. ATTORNEY: Scott Behnke    DEFT. COUNSEL: Junior Farquharson

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
30 months BOP, 3 years supervised
release, no fine, $100.00 assessment

Court recommends designation to
a Florida facility.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Gov filed 5K / Motion under Seal & granted.
Letters submitted to the Court attached to these
minutes.
Deft informed of Right to Appeal.

January 8, 2001

Gerard Royer
3103 NW 43rd Street
Lauderdale Lakes, Fl 33309

To Whom It May Concern

Re: Jermaine Swaby

It is rather unfortunate that today, Mr. Jermaine Swaby remains imprisoned, patiently awaiting a resolution to this terrible ordeal. In any civilized nation it is appropriate to bring forth charges, prosecute and administer punishment within the limits allowed by law. In the same civilized nation it is also appropriate, in special cases, to have some compassion for those who, after a lifetime of solid moral fortitude, has made a bad decision for which he will have to live with. I offer that this is such a case and that Mr. Swaby is such an individual.

As a friend, I am continually amazed at Jermaine's dedication to himself and his family. He has always worked very hard in order to make life better for himself, his child and his younger brothers and sisters who all look to him to set the example. After shouldering such responsibilities for the vast majority of his life it saddens me to

see the position that he is in now, I can assure you that Jermaine is a responsible individual with aspirations to succeed in life and provide for those who depend on him. This is all evident in the fact that he was able to own his own business in Jamaica which was the culmination of his drive to succeed.

In closing, I hope that the court sees it in their power to be lenient in its judgement of Jermaine Swaby because he is, at heart, a provider with responsibilities to his family. We all know that bad things sometimes happen to good people. The only silver lining in this cloud is the fact that the court now has a chance to make something positive out of this situation. In the meantime I will pray for my friend.

Sincerely,
Gerrod Rowe

Marlon Swaby
111 Hickory tree Rd.
Weston ontario
M9N, 3P9
January 07, 2001

To whom it may concern;

    I am writing this letter with tears in my eyes. I am the oldest of my family, mother with seven children. I would like to recall to the mind when we were growing up in Jamaica. We came from a very poor family financially but very rich with love and working hard together. Also doing the right things and most of all never to get into any trouble. Growing up my brother Germaine Swaby was loved by everyone, he was admired as a model citizen of his community, St. Catherine Spanish Town, Jamaica. He is a very hard working person and a team player, very easy going and get along well with everyone. Germaine is not that kind of person who will get himself into any trouble whatsoever. Until the devil lead him into temptation. He just started his family, his daughter was born with a chronic, infectious disease by the mother at birth.

    Since his incarceration my whole family is sadden, because we know in our hearts that he ~~not~~ did not act off his own will. I am begging your honourable judge to give him a second chance for the child health concern. If he is guilty or not, he has to talk to the Creator.

                                  Sign: Marlon Swaby

To whom it may concern

Good day,

I am writing this letter on behalf of Jaleel Swaby the daughter of Jermaine Swaby.

Our daughter was born on the second day of February 1999. From the time of her birth there were some small legion on her skin by the time she was three months old they have gotten worst. These things come on her skin in water bumps form in seconds they would spread when they are burst some white flush came out of them, they would now turn to sore when they are healed her skin look like she was burnt, it didn't stop with the skin alone it started to affect her eyes which enable her to see sometime for more than one week, I have been to the doctor countless of times, skin specialist, and eye specialist and they cannot determine the cause of her problem.

They have done test with the two of us and there are still no clue,

The reason I am writing this is because the skin specialists have asked for her father they would like to do some blood test with the two of them, I've told them that he is not in the island so they have put off the test on one condition he will be there by next year, the test have set back until the 8 of November

2001,

So I am begging you please have some mercy on her father so that he can be here to do the tests, I am begging you please this may be the only chance of finding out what is wrong with my baby she have been suffering for a long time now, because every second and last Thursday I have to take her to the specialist for medication etc. It is very hard on me now has a single mother, because of these problem I cannot work fulltime I have to stay home with her most of the time especially when her eyes are swollen.

I have left it now in your capable hands to see that my little baby girl have a chance to live a life like normal children. it is really hard on both of us now.     Thank you!

P.S. I have enclose a picture with her when her eyes are swollen

your faithfully
Carlene Hibbert

December 30 2000

Treneice Cummings
3306 Aruba way Apt J1
Pompano FL 33066

To Whom it may Concern
Re: Jermaine Swaby

I sit and wonder how I should start this letter, what do you say to the person who holds the future of someone's life in his hands, Especially when it's someone you love. Jermaine Swaby is my older brother. He has always been there for me while holding my best interest in mind. As my big brother he was somewhat over protective; however, when I look back he was only doing what he felt compelled to do. That is the kind of person he is, he's always held me and the rest of my siblings in very high esteem. I can honestly say that Jermaine was always the responsible one in more than one way. He would always assure us of our strengths and diverted our hearts from our weaknesses. In Jamaica he was the first one to establish his own business. This gave the rest of us a lot of Motivation to

follow in his foot steps. Our oldest brother Marlon is near his completion in his studies to become a Pilot. My sister owns her own business and I have completed two and a half years of college education in pursuite of my bachelors degree.

Please take what I've said into consideration, not only because I am his sister and I love him but also because I am being sincere in regards to my brothers character. Jermaine is truly a good and decent individual who's never been in any conflict with the law. Please do not harden your heart to his family's cries.

I thank you for your kind consideration in this matter.

Sincerely
Trenkiee Cummings.

The Honorable William P. Dimitrouleas
U.S. District Judge
Southern District of Florida

CASE NO.: 00-6264-CR-DIMITROULEAS(s)

Distinguished and Honorable Judge:

    My name is Jeramine Altone Swaby. I am a Jamaican citizen. I am writing you to...
apologize for my crime, importing drugs to United States. I apologize to the Court and
to the American People for not realizing what I was getting into. But I realize it now.
I am currently being incarcerated at the seventh floor of Federal Detention Center - Miami.
From my floor, I have a view of parking lot below. Every morning I see this woman from
my window, who is begging for money from the parking lot patrons. I soon discovered she
was a drug addict, and she has to beg and humiliate herself just to satisfy her addiction.
For some reason I feel guilty for her dilema.

    Yes, now I realized, that some how, some way I became the part of criminals and
drug pushers. I realize it was my greed, my hunger for money, my dream to become rich
over night. Now I realize that that was a wrong thing, a wrong dream, a big mistake. I
tried to take short cut to prosperity, without working hard to achieve that prosperity.

    When I came to this country, there was nothing I wanted to do more than working.
Working hard to make money for myself and my family whom I left behind in my country.
I wanted to make lot of money to give my family all the comfort and hapiness they deserve
but could not get it because of our poverty.

    One month after my arrival in this country I was recruited to transport drugs. I
was promised a generous profit for this venture. The amount of money that it would take
long to make by hones hard work. I was blinded by my greed. I forgot everything I learn
from my mother about hard work and making honest leaving. I thought I was doing it for
my family. But I was wrong.

Now I am paying prize for my mistake. I learned while in prison that my daughter is sick. She has a skin disorder, which she was born with. The doctors said she needs a operation. The operation was scheduled for September 2000, which they had to postponed because of my absence. You see, I have to be there at the time of operation because I have to give blood to my daughter. My daughter's mother cannot give blood because she has the same sking disorder herself.

Your Honor, I realize that I should be punish for my crime as a drug pusher. But I beg you as a father to have mercy on my daughter. My daughter is waiting for me to come home so she can have her operation. I am doing everything I can to compensate American people by cooperating with the American authorities to bring other drug dealers to justice. But time is running out for my daughter. She needs me as soon as possible.

Your Honor, I thank you very much for your time and consideration. May God Bless You!

                Respectfully submitted,

                _____
                Jermaine A. Swaby
                Reg. #: 55441-004
                F.D.C. Miami
                P.O. Box 019120
                Miami, FL 33101-9120