# United States District Court

## Southern District of Florida

FORT LAUDERDALE DIVISION
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JERMAINE ALTONE SWABY | Case Number: **0:00-06264-CR-001** |
| | Counsel For Defendant: **Junior Farquharson, Esq.** |
| | Counsel For The United States: **Scott Behnke, AUSA** |
| | Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) 1s

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] Was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC § 963 | Conspiracy to Import 500 grams or More of Cocaine and Cocaine Base. | 8/23/2000 | 1s |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) 2s (Is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **01/10/1976**
Defendant's USM Number: **55441-004**

Defendant's Residence Address:
*Federal Detention Center*
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
*Federal Detention Center*
33 NE 4th Street
Miami, FL 33132

**January 12, 2001**
Date of Imposition of Judgment

*Signature of Judicial Officer*

**William P. Dimitrouleas**
United States District Judge

Date: January 17, 2001



DEFENDANT: **SWABY, JERMAINE ALTONE**
CASE NUMBER: **0:00-06264-CR-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Thirty (30) Months.

- [X] **The Court makes the following recommendations to the Bureau of Prisons:** that the defendant be designated to facility in the state of Florida.

- [X] **The defendant is remanded to the custody of the United States Marshal.**

- [ ] The defendant shall surrender to the United States Marshal for this district.

    - [ ] At         A.m. / p.m. on

    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    - [ ] Before 2:00 p.m. on

    - [ ] as notified by the United States Marshal.

    - [ ] As notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 2/9/2001 To _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal